# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts and New York

*By ECF and Fax (212) 805-7942*

February 14, 2023

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> The conference is adjourned to March 24, 2023 at 10:00 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> February 14, 2023

Re: **Mackey v. New York Life Insurance Company**
    **Case No. 22-cv-7072-AKH-KHP**

Dear Judge Hellerstein:

This firm represents defendant, New York Life Insurance Company, in this action. I write to respectfully request an adjournment of the March 3, 2023 initial telephone conference (Doc. 33).

No previous request for an adjournment of the initial conference have been made. Counsel for Plaintiff consents to this request. This adjournment will not impact any scheduled dates. If it is convenient for the Court, both parties are available for an initial telephone conference on the following dates and times: March 13 (before 11:30am and after 2:00pm); March 21; March 22 (before 10:00am and after 2:00pm); March 23; and March 24.

In addition, it would appear that the Court's February 8, 2023 Scheduling Order (Doc. 33) adjourned the initial conference that was originally scheduled for February 24, 2023 (Doc. 32). If the Court expects us at the Courthouse on February 24, 2023, I respectfully request that the Court so advise the parties.

Respectfully,

*/s/ Patrick W. Begos*

cc: All Counsel of Record (*via ECF only*)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

**Robinson+Cole**

Honorable Alvin K. Hellerstein
November 4, 2022
Page 2