# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

**By ECF and Fax (212-805-7942)**

March 23, 2023

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, NY 10007

Re:  **Mackey v. New York Life Insurance Company**
     **Case No. 1:22-cv-07072 (AKH)**

Dear Judge Hellerstein:

This firm represents defendant, New York Life Insurance Company ("New York Life"). I write on behalf of both parties to advise the Court that the parties have reached an agreement in principle to substitute Life Insurance Company of North America for New York Life as the sole defendant, and to transfer this action to the United States District Court for the District of South Carolina.

The parties reached this agreement in principle yesterday, and we are in the process of drafting a stipulation to submit to the Court to effectuate the agreement. The parties expect to be able to submit those papers within thirty days at the most, and likely as soon as next week.

An initial conference is presently scheduled for March 24, 2023 at 10:00 am. Given the parties' agreement to transfer this action, the parties believe that the initial conference is unnecessary, and we respectfully request that the Court either cancel it, or adjourn it to a date in the future, to allow the parties time to submit a stipulation allowing the Court to effectuate the transfer.

Respectfully,

*/s/ Patrick W. Begos*

Patrick W. Begos

cc: All Counsel of Record (*via* ECF)

*Handwritten annotation:* The conf. is adjourned to April 28, 2023, 10:00 a.m.
Alvin K. Hellerstein
3-23-2023

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP